# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern

JAN 1 4 2026

FILED
Clerk of Court

**KEVIN D. KOVACIC, Plaintiff,**

v.

**TROOPER K. POWELL, et al., Defendants.**

**Case No. 1:25-cv-00993**

# PLAINTIFF'S MOTION TO RESTRICT RESIDENTIAL ADDRESS FROM THE PUBLIC RECORD

Plaintiff Kevin D. Kovacic, proceeding pro se, respectfully moves this Court for an order restricting his physical residential address from the public docket and authorizing the use of a secure mailing address for all future service and correspondence.

## I. SEEKING REFUGE OUTSIDE THE STATE OF WISCONSIN

Plaintiff is currently in the process of an emergency relocation to seek refuge in a secure, confidential location outside the State of Wisconsin. This move is a direct response to a documented pattern of law-enforcement retaliation and the "weaponization" of litigation data by Defense Counsel, Attorneys Ronald Stadler and Jonathan Sacks, who represent the Defendants in this 2025 matter and in the 2023 Oconto matter. Due to the coordinated harassment and physical threats to his home, Plaintiff can no longer safely reside within this jurisdiction and is fleeing the state for his own physical safety and to escape the reach of those utilizing the court system to facilitate extrajudicial harassment.

## II. THE "CLOSED LOOP" LEAK (OCTOBER 24 – OCTOBER 29)

The timeline of events proves that Plaintiff's residential security was compromised immediately upon Defense Counsel taking an active role in this case. The proximity of the Defense's access to discovery and the subsequent police raids constitutes a "closed loop" of information:

**October 24, 2025:** Defense Counsel Stadler and Sacks formally entered their appearance and filed an Answer to the Amended Complaint in this matter. This filing confirmed their access to and review of discovery materials, including body-camera footage and private residential data.

**October 28, 2025:** Only four days after Counsel filed their Answer, law enforcement conducted a full-scale raid of Plaintiff's residence based on a fabricated "anonymous tip" alleging Plaintiff was a "commercial dog breeder." This specific detail—the dog breeding—is information Defense Counsel has admitted in sworn declarations to researching for the purposes of this litigation.

**October 29, 2025:** After the initial raid failed to produce any evidence of illegal conduct, officers returned to the property the very next day specifically to demand rabies certificates, demonstrating a persistent, targeted campaign of harassment derived from the same private information.

## III. EVIDENCE OF CROSS-CASE TRACKING (SEE ATTACHED EXHIBIT A)

The bad-faith nature of this "commercial breeder" narrative is proven by its simultaneous use in the related 2023 Oconto case (1:23-cv-00642). As shown in the attached Exhibit A, the same defense counsel utilized this fabricated theory in a Brief filed December 29, 2025, to falsely suggest Plaintiff has "hidden income."

Counsel's goal was to disqualify Plaintiff from indigent status and deny access to trial transcripts at government expense. The fact that this fiction was used legally in the 2023 case to block court access and physically in this 2025 case to trigger a home raid proves that Plaintiff's residential address is being used as a target across multiple dockets by the same legal team.

## IV. RELIEF REQUESTED

Because private discovery information has been weaponized to trigger law-enforcement deployment at his home, Plaintiff cannot safely maintain a public residential address. To prevent further coordinated tracking or physical intimidation, Plaintiff respectfully requests:

That the Court **RESTRICT** his residential address from the public record in Case No. 1:25-cv-00993.

That upon approval, Plaintiff be permitted to provide the Court with a secure **P.O. Box** for all future legal service and correspondence.

## V. CONCLUSION

The use of litigation data to trigger law-enforcement deployment and to sabotage an indigent party's access to court records is a grave abuse of the judicial process. For his safety, Plaintiff requests this Motion be granted.

Respectfully submitted,

Kevin D. Kovacic, Plaintiff (Pro Se) X _Kevin Kovacic_    1/14/26

Date: January 13, 2026